UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15CV 0719**

Dixon Arzu
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

City of New York,
New York City Police
Department SRG NYPD
ChAVONNE Perkins, NYPD
Police officer Giselle
Rodriguez
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
JAN 30 2015
PRO SE OFFICE

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Dixon Arzu
ID # 00090800H
Current Institution EMTC
Address 10-10 Hazel St E. Elmhurst NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 05/2007*          1

Defendant No. 1   Name GISELLE RODRIGUEZ Shield # 025639
Where Currently Employed NYPD officer
Address Laconia Ave, Bronx, NY, 10469

Defendant No. 2   Name CHAVONNE Perkins Shield # _____
Where Currently Employed NYPD Sargeant
Address Laconia Ave, BX, NY, 10469

Defendant No. 3   Name JOHN DOE Shield # _____
Where Currently Employed NYPD officer
Address Laconia Ave, BX, NY, 10469

Defendant No. 4   Name JOHN DOE Shield # _____
Where Currently Employed NYPD
Address _____

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
47 Precent

B.   Where in the institution did the events giving rise to your claim(s) occur? 3416
Kingsland Ave, BX, NY, 10469

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____
April, 24, 2013, At 5:30 Pm

D. Facts: *[What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]*

On April, 27, 2013 I was arrested and Held against my will and scare for my life when Police officers came in my friends apartment at 3416 Kingsland ave. The police came in and kicked in the door with they guns drawn out. At first I thought I was getting robbed or killed with all the guns in my face. We was all arrested because they said we was tresspasing a misunderstanding cause my friend Tyrell Nelson show them his keys and lease. The police aint care they still took us all five in Charles Davenport, Todd Johnson, Tykell Nelson and Trevor William to jail. In the precent they treated us like ciminals and it was a civil matter we went to the booking for the night. In the morning we saw the judge and she let us go and she was confused why was we locked up in the first place. Finally May 5, 2014 case dismissed to show we was arrested and went thrue the system and horrassment for NO reason!

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____    No ____    Do Not Know __✓__

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____    No __✓__    Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____    No __✓__

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____    No __✓__

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve? _____

   _____

   2. What was the result, if any? _____

   _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____

   _____

   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: I didn't need to

   _____

   _____

   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). $500,000. for me been harrass by 117 precent and for going to jail for no reason and for going to court for nothing

VI.  Previous lawsuits:

|On these claims|

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff  Dixon Arzy

Defendants  City of NY, Police Department

2.  Court (if federal court, name the district; if state court, name the county)  Bronx County

3.  Docket or Index number  2013BX024730

4.  Name of Judge assigned to your case  S. Michells

5.  Approximate date of filing lawsuit  May 10, 2014

6.  Is the case still pending? Yes ___ No ✓
    If NO, give the approximate date of disposition  120832

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  Case Dismissed

|On other claims|

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___   No ___

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff  _____

Defendants  _____

2.  Court (if federal court, name the district; if state court, name the county)  _____

3.  Docket or Index number  _____

4.  Name of Judge assigned to your case  _____

5.  Approximate date of filing lawsuit  _____

6.  Is the case still pending? Yes ___ No ___
    If NO, give the approximate date of disposition  _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of Jan, 2015

Signature of Plaintiff  Dixon anyl
Inmate Number  241-14-04856
Institution Address  EMTC 10-10 Hazel St E Elmhurst NY, 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 5 day of Jan, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Dixon anyl



Dixon
BC#241-14048856
10-10 Hazen St
E. Elmhurst, N.Y. 11370
G-76

N Gilbert

U.S District Court
Southern District of New York
U.S Court House
40 Foley Square
New York, New York 10001

RECEIVED JAN 30 2015 PRO SE OFFICE